ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
David Vaughn, Craighead Circuit Clerk
2025-Apr-22 09:27:44
16JCR-25-208
C02D12 : 2 Pages

## IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
### WESTERN DISTRICT
### CRIMINAL DIVISION

**STATE OF ARKANSAS**                                                                 **PLAINTIFF**

**VS.**                          **CR-2025-0208**

**JOSEPH TUCKER HARRIS**                                                              **DEFENDANT**

### ORDER OF CONTINUANCE AND SCHEDULING ORDER

On this 1st day of May 2025, is presented the oral Motion for Continuance made by the defendant's attorney whose name is signed below and who represented to the Court by signing this Motion that he has the authority of the defendant to make the Motion of Continuance, and from matters and representations to the Court, the Court finds that the Motion for Continuance should be granted.

IT IS, THEREFORE, ORDERED that this case is hereby continued from the present setting of the 5-1, 2025, and rescheduled for **motion and plea day** of

**July 17 and 18**, 2025 and for **jury trial/PTR hearing** on

**August 4 through 15**, 2025, and the defendant and the attorney were ordered to appear before the Court at 9:00 A.M. on said dates. It is further ordered that the period of time between the dates be an excluded period time within the meaning of the Speedy Trial Rules.

_____
Circuit Judge

_____
Deputy Prosecuting Attorney

_Nicki Nicolo_
Attorney for Defendant

Joseph Tucker Harris
Defendant

State of Arkansas
County of Craighead
A TRUE COPY I CERTIFY
DAVID VAUGHN, CIRCUIT CLERK
By_____

Signature: _____
joseph t harris (Apr 18, 2025 12:23 CDT)
Email: cardinal.5@live.com