IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY LEE CORAM**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 4:24-CV-00813-BSM**

**JOSEPH HARRIS,** *et al.*                                                       **DEFENDANTS**

## ORDER

Joseph Harris's motion to stay pending the outcome of his criminal prosecution [Doc. No. 15] is granted and this case is stayed pending resolution of the criminal charges pending against him. Harris is directed to file status updates every sixty days.

IT IS SO ORDERED this 10th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE