IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BILLY LEE CORAM                                                              PLAINTIFF

V.                         Case No. 4:24CV00813 BSM

JOSEPH HARRIS, Individually,
CITY OF JONESBORO, a Body Politic,
and RICK ELLIOTT, Individually                             DEFENDANTS

## SEPARATE DEFENDANT JOSEPH HARRIS'S
## STATUS UPDATE ON CRIMINAL CASE

Comes the Separate Defendant, Joseph Harris ("Harris"), by and through his attorneys, Fuqua Campbell, P.A., and for his Status Update on Criminal Case, states:

1. On February 18, 2025, the state of Arkansas filed criminal charges against Harris in *State of Arkansas v. Joseph Tucker Harris*, 16JCR-25-208 (the "Criminal Case").

2. On February 24, 2025, the Craighead County Circuit Court conducted Harris's formal arraignment in the Criminal Case. Harris entered a plea of not guilty and requested a jury trial. The Court docketed the trial in the Criminal Case to begin August 4, 2025.

3. On July 15, 2025, the Court continued the jury trial in the Criminal Case to November 17-21, 2025.

WHEREFORE, premises considered, the Separate Defendant, Joseph Harris, submits his Status Update on Criminal Case.

                                                       Respectfully submitted,

                                                       David M. Fuqua
                                                       Ark. Bar No. 80048
                                                       Email: dfuqua@fc-lawyers.com

                                                       Annie Depper
                                                       Ark. Bar No. 2009267
                                                       Email: adepper@fc-lawyers.com

2

 

John T. Adams
Ark. Bar No. 2005014
Email: jadams@fc-lawyers.com

Harper Kiefer
Ark. Bar No. 2021129
Email: hkiefer@fc-lawyers.com

FUQUA CAMPBELL, P.A.
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

*Attorneys for Separate Defendant*
*Joseph Harris, Individually*

2